UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| TEMPLETON FAMILY TRUST, etc., | ) | |
| | ) | |
| Plaintiff, | ) | 2:10-cv-0555-RLH-RJJ |
| | ) | |
| vs. | ) | |
| | ) | |
| FLORIDA RETAIL PROPERTIES, LP., | ) | |
| etc., *et al*., | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

IT IS HEREBY ORDERED that the parties shall file a joint Interim Discovery Status Report on October 15, 2010.

IT IS FURTHER ORDERED that the joint Interim Discovery Status Report shall contain the following:

1.    Shall identify the discovery that has been completed;

2.    Shall identify the discovery that remains outstanding;

3.    Shall identify any pending discovery motions; and,

4.    Shall detail all attempts to settle the case.

DATED this   31st   day of August, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge