WALTER R. CANNON, ESQ.
Nevada Bar No. 001505
OLSON, CANNON
GORMLEY & DESRUISSEAUX
9950 W. Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012 - telephone
(702) 383-0701 - fax
wcannon@ocgd.com
Attorneys for Defendants

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| TEMPLETON FAMILY TRUST, a Nevada trust, | ) ) |
| Plaintiff, | ) ) |
| vs. | ) )  Case No. 2:10-cv-00555-RLH-RJJ |
| FLORIDA RETAIL PROPERTIES, L.P., a California limited partnership; HJ BROWN FLORIDA PROPERTIES MANAGEMENT, INC., DOES I through X, inclusive; and ROE corporations I through X, inclusive, | ) ) ) ) ) ) |
| Defendants. | ) ) |

### SUBSTITUTION OF ATTORNEYS

Defendants, FLORIDA RETAIL PROPERTIES, L.P. a California limited partnership, and HJ BROWN FLORIDA PROPERTIES MANAGEMENT, INC., hereby substitute the Law Firm of OLSON, CANNON, GORMLEY & DESRUISSEAUX as its counsel in the above-entitled action in the place and stead of KENNETH E. HOGAN, ESQ. and GORDON SILVER.

DATED this 31st day of October, 2011.

FLORIDA RETAIL PROPERTIES, L.P./
HJ BROWN FLORIDA PROPERTIES
MANAGEMENT, INC.

BY: _____

Its  Co-Presidents

I HEREBY CONSENT to the substitution of the Law Firm of OLSON, CANNON, GORMLEY & DESRUISSEAUX as counsel for the Defendants, **FLORIDA RETAIL PROPERTIES, L.P., and HJ BROWN FLORIDA PROPERTIES MANAGEMENT, INC.**, in the above-entitled action in my place and stead.

DATED this 27th day of October, 2011.

> GORDON SILVER
>
> BY: _/s/ Kenneth E. Hogan_
> KENNETH E. HOGAN, ESQ.
> Nevada Bar No. 10083
> ERIKA PIKE TURNER, ESQ.
> Nevada Bar No. 006454
> 3960 H. Hughes Parkway, 9th Floor
> Las Vegas, Nevada 89169
> (702) 796-5555 (telephone)
> (702) 369-2666 (fax)

I HEREBY AGREE to be substituted in the place and stead of KENNETH E. HOGAN, ESQ., and GORDON SILVER in the above-entitled action as attorney for Defendants **FLORIDA RETAIL PROPERTIES, L.P., and HJ BROWN FLORIDA PROPERTIES MANAGEMENT, INC.**

DATED this 31st day of October, 2011.

> OLSON, CANNON
> GORMLEY & DESRUISSEAUX
>
> BY: _/s/ Walter R. Cannon_
> WALTER R. CANNON, ESQ.
> Nevada Bar No. 001505
> 9950 W. Cheyenne Avenue
> Las Vegas, Nevada 89129
> (702) 384-4012 (telephone)
> (702) 383-0701 (fax)

**IT IS SO ORDERED.**

_/s/ Roger L. Hunt_
UNITED STATED DISTRICT JUDGE
DATED: November 7, 2011