WALTER R. CANNON, ESQ.
Nevada Bar No. 001505
OLSON, CANNON
GORMLEY & DESRUISSEAUX
9950 W. Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012 - telephone
(702) 383-0701 - fax
wcannon@ocgd.com
Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

TEMPLETON FAMILY TRUST, a Nevada trust,

    Plaintiff,

vs.

FLORIDA RETAIL PROPERTIES, L.P., a California limited partnership; HJ BROWN FLORIDA PROPERTIES MANAGEMENT, INC., DOES I through X, inclusive; and ROE corporations I through X, inclusive,

    Defendants.

Case No. 2:10-cv-00555-RLH-RJJ

## SUBSTITUTION OF ATTORNEYS

Defendants, FLORIDA RETAIL PROPERTIES, L.P. a California limited partnership, and HJ BROWN FLORIDA PROPERTIES MANAGEMENT, INC., hereby substitute the Law Firm of OLSON, CANNON, GORMLEY & DESRUISSEAUX as its counsel in the above-entitled action in the place and stead of KENNETH E. HOGAN, ESQ. and GORDON SILVER.

DATED this 31st day of October, 2011.

    FLORIDA RETAIL PROPERTIES, L.P./
    HJ BROWN FLORIDA PROPERTIES
    MANAGEMENT, INC.

BY: _____

Its Co-Presidents

**I HEREBY CONSENT** to the substitution of the Law Firm of OLSON, CANNON, GORMLEY & DESRUISSEAUX as counsel for the Defendants, **FLORIDA RETAIL PROPERTIES, L.P., and HJ BROWN FLORIDA PROPERTIES MANAGEMENT, INC.**, in the above-entitled action in my place and stead.

DATED this 27th day of October, 2011.

                              GORDON SILVER

          BY: _____
                      KENNETH E. HOGAN, ESQ.
                      Nevada Bar No. 10083
                      ERIKA PIKE TURNER, ESQ.
                      Nevada Bar No. 006454
                      3960 H. Hughes Parkway, 9th Floor
                      Las Vegas, Nevada 89169
                      (702) 796-5555 (telephone)
                      (702) 369-2666 (fax)

**I HEREBY AGREE** to be substituted in the place and stead of KENNETH E. HOGAN, ESQ., and GORDON SILVER in the above-entitled action as attorney for Defendants **FLORIDA RETAIL PROPERTIES, L.P., and HJ BROWN FLORIDA PROPERTIES MANAGEMENT, INC.**

DATED this 31st day of October, 2011.

                              OLSON, CANNON
                              GORMLEY & DESRUISSEAUX

          BY: _____
                      WALTER R. CANNON, ESQ.
                      Nevada Bar No. 001505
                      9950 W. Cheyenne Avenue
                      Las Vegas, Nevada 89129
                      (702) 384-4012 (telephone)
                      (702) 383-0701 (fax)

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
DATED: November 7, 2011