UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TEMPLETON FAMILY TRUST, etc., <br><br> Plaintiff, <br><br> vs. <br><br> FLORIDA RETAIL PROPERTIES, L.P., etc., *et al.*, <br><br> Defendant, | 2:10-cv-555-RLH-RJJ <br><br><br> O R D E R |

This matter is before the Court on Plaintiff's Motion For Leave to File First Amended Complaint (#40).

The Court having reviewed the Motion (#40) and good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiff's Motion For Leave to File First Amended Complaint (#40) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff is directed to file the First Amended Complaint forthwith.

DATED this __13th__ day of February, 2012.

                                                        ROBERT J. JOHNSTON  
                                                       United States Magistrate Judge