WALTER R. CANNON, ESQ.
Nevada Bar No. 001505
KATHERINE J. GORDON, ESQ.
Nevada Bar No. 005813
OLSON, CANNON
GORMLEY & DESRUISSEAUX
9950 W. Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012 - telephone
(702) 383-0701 - fax
wcannon@ocgd.com
kgordon@ocgd.com
Attorneys for Defendants

ROBERT W. GOTTLIEB, ESQ.
KATTEN MUCHIN ROSENMAN, LLP
575 Madison Avenue
New York, New York 10022-2585
(212) 940-7090 - telephone
(212) 940-6505 - fax
robert.gottlieb@kattenlaw.com
Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TEMPLETON FAMILY TRUST, a Nevada trust, <br><br> Plaintiff, <br><br> vs. <br><br> FLORIDA RETAIL PROPERTIES, L.P., a California limited partnership; HJ BROWN FLORIDA PROPERTIES MANAGEMENT, INC., CATHERINE NELSON BROWN, individually, MORGAN BROWN, individually, DOES I through X, inclusive; and ROE corporations I through X, inclusive, <br><br> Defendants. | Case No. 2:10-cv-00555-RLH-RJJ |

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff, PHILLIP S. AURBACH, ESQ. and DAVID T. DUNCAN, ESQ., and counsel for Defendants,

1  WALTER R. CANNON, ESQ., KATHERINE J. GORDON, ESQ., and ROBERT W.
2  GOTTLIEB, ESQ., that the above-entitled action be dismissed with prejudice and with each
3  party to bear their own costs.

DATED this 16th day of March, 2012.

MARQUIS AURBACH COFFING

BY: /s/ Phillip S. Aurbach
PHILLIP S. AURBACH, ESQ.
DAVID T. DUNCAN, ESQ.
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for Plaintiff

OLSON, CANNON
GORMLEY & DESRUISSEAUX

BY: /s/ Walter R. Cannon
WALTER R. CANNON, ESQ.
KATHERINE J. GORDON, ESQ.
9950 W. Cheyenne Avenue
Las Vegas, Nevada 89129
Attorneys for Defendants

KATTEN MUCHIN ROSENMAN LLP

BY: _____
ROBERT W. GOTTLIEB, ESQ.
575 Madison Avenue
New York, New York 10022-2585
Attorneys for Defendants

## ORDER

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: _____

RESPECTFULLY SUBMITTED,

OLSON, CANNON
GORMLEY & DESRUISSEAUX

BY: _____
WALTER R. CANNON
9950 W. Cheyenne Avenue
Las Vegas, Nevada 89129
Attorneys for Defendants

WALTER R. CANNON, ESQ., KATHERINE J. GORDON, ESQ., and ROBERT W. GOTTLIEB, ESQ., that the above-entitled action be dismissed with prejudice and with each party to bear their own costs.

DATED this 16th day of March, 2012.

MARQUIS AURBACH COFFING

BY: _____
PHILLIP S. AURBACH, ESQ.
DAVID T. DUNCAN, ESQ.
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for Plaintiff

OLSON, CANNON
GORMLEY & DESRUISSEAUX

BY: _[signature]_
WALTER R. CANNON, ESQ.
KATHERINE J. GORDON, ESQ.
9950 W. Cheyenne Avenue
Las Vegas, Nevada 89129
Attorneys for Defendants

KATTEN MUCHIN ROSENMAN LLP

BY: _[signature]_
ROBERT W. GOTTLIEB, ESQ.
575 Madison Avenue
New York, New York 10022-2585
Attorneys for Defendants

## ORDER

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: March 20, 2012

RESPECTFULLY SUBMITTED,

OLSON, CANNON
GORMLEY & DESRUISSEAUX

BY: _[signature]_
WALTER R. CANNON
9950 W. Cheyenne Avenue
Las Vegas, Nevada 89129
Attorneys for Defendants